**2003–0728.   State ex rel. Baker v. Yellow Cab Co.**
Franklin App. No. 02AP–444, 2003-Ohio-1104.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2003–0579.   State ex rel. Green v. Indus. Comm.**
Franklin App. No. 02AP–394, 2003-Ohio-1180.